UNITED STATES of America v. Roberta PHELPS, for Herself and as Executrix of the Estate of Floyd Ray Phelps, Deceased.

No. 2750.

Circuit Court of Appeals, Tenth Circuit.

May 19, 1943.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., and Charles L. Chalender, Department of Justice, Bureau of War Risk Litigation, of Springfield, Mo., for appellant.

Walter M. Purvis, of Little Rock, Ark., for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. Rowland L. RIGBY and Mary N. Rigby.

No. 2757.

Circuit Court of Appeals, Tenth Circuit.

May 29, 1943.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah, for appellant.

No appearance for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

(UNITED STATES of America v. SWIFT & COMPANY et al.

No. 2729.

Circuit Court of Appeals, Tenth Circuit.

May 19, 1943.

James McI. Henderson, Sp. Asst. Atty. Gen., and Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellant.

Pershing, Bosworth, Dick & Dawson, Van Cise, Robinson & Charlton, John R. Coen, Grant, Shafroth & Toll, and Silverstein & Silverstein, all of Denver, Colo., for appellees.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal, 46 F.Supp. 848, dismissed on motion of appellant.

UNITED STATES of America, Appellant, v. Henry Hamilton BEARD, etc., et al.

No. 12575.

Circuit Court of Appeals, Eighth Circuit.

March 27, 1943.

Clinton R. Barry, U. S. Atty., and Laurence E. Lister, Sp. Atty., U. S. Department of Justice, both of Fort Smith, Ark., for appellant.

Harper & Harper, of Fort Smith, Ark., for appellees.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.